DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEVONTE HIGHTOWER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1075

_____

August 30, 2024

Appeal from the Circuit Court for Hillsborough County; Samantha L.
Ward, Judge.

Howard L. Dimmig, II, Public Defender, and Dane K. Chase, Special
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Hurley,
Special Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

  Affirmed.

SLEET, C.J., and CASANEUVA and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.